FILED by **KS** D.C.

Apr 29, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 21-20255-CR-KING/BECERRA

Case No._____

14 U.S.C. § 521(c)
18 U.S.C. § 1001(a)(2)

UNITED STATES OF AMERICA

vs.

**BRIAN ESTRELLA,**

    **Defendant.**

_____/

### INDICTMENT

The Grand Jury charges that:

### BACKGROUND

1. The United States Coast Guard is authorized by law to render aid to distressed persons, vessels, and aircraft on and under the high seas, and on and under the waters over which the United States has jurisdiction, and may perform any and all necessary acts to rescue and aid persons, and protect and save property, at any time and at any place at which Coast Guard facilities and personnel are available and can be effectively utilized.

### COUNT 1
**False Distress**
**(14 U.S.C. § 521(c))**

2. On or about December 2, 2019, in Miami-Dade County, within the Southern District of Florida, and elsewhere, the defendant,

**BRIAN ESTRELLA,**

did knowingly and willfully communicate a false distress message to the United States Coast Guard and caused the Coast Guard to attempt to save lives and property when no help was needed,

in violation of Title 14, United States Code, Section 521(c).

## COUNT 2
### False Statement Within the Jurisdiction of an Agency of the United States
### (18 U.S.C. § 1001(a)(2))

On or about February 5, 2020, in Broward County, in the Southern District of Florida, and elsewhere, in a matter within the jurisdiction of the United States Department of Homeland Security, United States Coast Guard, an agency of the executive branch of the United States government, the defendant,

**BRIAN ESTRELLA,**

did knowingly and willfully make a false, fictitious, and fraudulent statement and representation as to a material fact, in that the defendant stated and represented to an employee of the Department of Homeland Security, Coast Guard Investigative Service, that, prior to making a distress call to 911 and the United States Coast Guard, the defendant received a phone call requesting help from a friend, named "Giuseppe," when in truth and in fact, as the defendant then and there well knew, he had not received a call for help from a friend named "Giuseppe," in violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL

FOREPERSON

_____
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

_____
PETER W. LINK
SPECIAL ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

BRIAN ESTRELLA,

_____Defendant_____/

CASE NO. 2020R00005

## CERTIFICATE OF TRIAL ATTORNEY*

Superseding Case Information:

**Court Division:** (Select One)
- ✓ Miami
- ___ Key West
- ___ FTL
- ___ WPB
- ___ FTP

New defendant(s)           Yes ___   No ___
Number of new defendants   ___
Total number of counts     ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   No
   List language and/or dialect   _____

4. This case will take  2-3  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   | | | |
   |---|---|---|
   | I | 0 to 5 days | ✓ |
   | II | 6 to 10 days | |
   | III | 11 to 20 days | |
   | IV | 21 to 60 days | |
   | V | 61 days and over | |

   (Check only one)
   | | |
   |---|---|
   | Petty | |
   | Minor | |
   | Misdem. | |
   | Felony | ✓ |

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___   No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___   No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   Yes ___   No ✓

_____
Peter W. Link
Special Assistant United States Attorney
Court ID: A5502658

*Penalty Sheet(s) attached

REV 6/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** BRIAN ESTRELLA

**Case No:** _____

Count #: 1

Communication of False Distress Message to the United States Coast Guard

Title 14, United States Code, Section 521(c)

**\* Max. Penalty:** 6 years' Imprisonment

Count #: 2

False Statement Within the Jurisdiction of an Agency of the United States Coast Guard

Title 18, United States Code, Section 1001(a)(2)

**\* Max. Penalty:** 5 years' Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.