UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA
MINUTES - SENTENCING

Case No. 21-20255-CR-KING                        Date: April 14, 2022   Judge James Lawrence King
Defendant: **Brian Estrella**                    Defense counsel: Robert D. Malove, Esq.
AUSA:   Daniel Cahill                            U.S. Probation: Mercedez Sornoza

**JUDGMENT AND SENTENCE**

|        | **YEARS** | **MONTHS** | **DAYS** | **TIME SERVED** |
|--------|-----------|------------|----------|-----------------|
| Count  |           |            |          |                 |

( ) Defendant given credit for time served
( ) CONCURRENT each count ( ) CONSECUTIVE
(**X**) Assessment $ 100.00
( ) Fine: (**X**) none imposed   -0-
( ) The court orders restitution
(**X**) Count remaining  dismissed
( ) Forfeiture Entered

**( ) SUPERVISED RELEASE**
**(X) PROBATION**

|             | **YEARS** |
|-------------|-----------|
| Counts  II  |    3      |

( ) If deported, the defendant shall not re-enter the U.S. without permission of Attorney General
( ) Home confinement for a period of
( ) CONCURRENT each count ( ) CONSECUTIVE ( ) Employment and Self Employment Restriction
( ) Substance Abuse Treatment  ( ) Financial Disclosure  (**X**) Permissible Search ( ) Mental Health Treatment   ( ) IRS Cooperation ( ) Related Concerns Restrictions (**X**) Unpaid fines, restitution, and any other fines   (**X**) Return Passport to Defendant or his Counsel

**CUSTODY**
( ) The defendant remanded to custody of the U.S. Marshal
( ) Defendant released on bond pending appeal
( ) The defendant shall surrender for service of sentence on:
( ) The court recommends:
( ) The court recommends participation in a BOP drug/alcohol treatment program during term of incarceration.        ***RIGHT TO AN APPEAL GIVEN OPEN COURT***

- The Court Adopts and Affirm the Report & Recommendation for the Plea of Guilty as to Count 2 of the Indictment
- The Court hereby Adjudicates the defendant as to Count 2

Courtroom Deputy: Joyce M. Saunders
Court Reporter: Patricia Diaz